NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES EDWARD HELMS,                     )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-4354
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
                                        )
_____ )

Opinion filed August 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

PER CURIAM.

          Affirmed.

CASANUEVA, SLEET, and BADALAMENTI, JJ., Concur.